STATE OF NEW JERSEY v. ROBERT C. JONES, JR.

February 29, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE W. SOUTH.

February 29, 1972. Petition for certification denied.

HARBOR ISLAND SPA, INC. PENSION PLAN TRUST, *ET AL.* v. JAC PINE INTERSTATE RANGE, INC. *ET AL.*

February 29, 1972. Petition for certification denied.